# EXHIBIT A

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHAHEED MUHAMMAD,        ) | |
|     Plaintiff,        ) | |
|     v.        ) | CIVIL ACTION NO. 2:05cv1046-T |
| ELI LILLY AND COMPANY and YOLANDA BROWN, Sales Representative,        ) | |
|     Defendants.        ) | |

ORDER

It is ORDERED that the motion to stay (Doc. No. 6) is granted and that this cause is stayed pending MDL transfer.

DONE, this the 22nd day of November, 2005.

                            /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE