IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARY MALLARD,                      )
                                   )
                    Plaintiff,     )
                                   )
v.                                 )        CIVIL ACTION NO. 2:06cv481-WHA
                                   )
ELI LILLY AND COMPANY, et al.,     )
                                   )
                    Defendants.    )

**ORDER**

Upon consideration of Defendant's Motion to Stay (Doc. #4), filed on May 26, 2006, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before June 13**,

**2006** why the motion should not be granted.  The motion will be taken under submission on that

day for determination without oral hearing.

DONE this 2nd day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE