IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHAHEED MUHAMMAD,                )<br>                                                      )<br>    Plaintiff,                          )<br>                                                      )<br>    v.                                          )<br>                                                      )<br>ELI LILLY AND COMPANY and  )<br>YOLANDA BROWN, Sales         )<br>Representative,                         )<br>                                                      )<br>    Defendants.                         ) | CIVIL ACTION NO.<br>2:05cv1046-T |

**ORDER**

It is ORDERED that the motion to stay (Doc. No. 6) is granted and that this cause is stayed pending MDL transfer.

DONE, this the 22nd day of November, 2005.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE