# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

April 13, 2006

TO INVOLVED COUNSEL

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule A of Order)

Dear Counsel:

For your information, I am enclosing a copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Mecca S. Carter
Deputy Clerk

Enclosure

JPML Form 34B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 3 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

## *BEFORE WM. TERRELL HODGES,\* CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## *TRANSFER ORDER*

Before the Panel are motions brought, respectively, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in twelve Eastern District of Missouri actions, ten Western District of Missouri actions and three Middle District of Alabama actions as listed on Scheduled A. These plaintiffs ask the Panel to vacate its orders conditionally transferring the actions to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Two doctors named as defendants in one of the ten Western District of Missouri actions also move to vacate the Panel's order conditionally transferring that action.[1] Defendant Eli Lilly and Co. opposes the motions to vacate and urges inclusion of all 25 actions in the MDL-1596 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that these 25 actions involve common questions of fact with the actions in this litigation previously transferred to the Eastern District of New York, and that transfer of these actions to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Eastern District of New York was a proper Section 1407 forum for actions involving claims of liability related to the prescription drug Zyprexa. *See In re Zyprexa Products Liability Litigation*, 314 F.Supp.2d 1380 (J.P.M.L. 2004). Any motions for remand to state court can be presented to and decided by the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

---

\*    Judge Hodges took no part in the decision of this matter.

[1]    *Larry Wright v. Eli Lilly & Co., et al.*, W.D. Missouri, C.A. No. 2:05-4413.

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Jack B. Weinstein for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

*/s/ John F. Keenan*

John F. Keenan
Acting Chairman

## SCHEDULE A

<u>MDL-1596 -- In re Zyprexa Products Liability Litigation</u>

<u>Middle District of Alabama</u>

*Shaheed Muhammad v. Eli Lilly & Co., et al.*, C.A. No. 2:05-1046
*Latofia Crimes v. Eli Lilly & Co., et al.*, C.A. No. 2:05-1047
*Sanquirnetta McCray-Martin v. Eli Lilly & Co., et al.*, C.A. No. 2:05-1048

<u>Eastern District of Missouri</u>

*Cheryl Andrews v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2126
*Jacqueline Jenell Brown v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2127
*Gloria Hayes v. Eli Lilly & Co, et al.*, C.A. No. 4:05-2128
*Myra Frisbie v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2129
*Xavier Johnson v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2139
*Stanley Lewis v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2140
*Linda Young v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2142
*Darryl Scott v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2143
*Valerie Ann Shaffer v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2145
*Donna Trefney v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2151
*Windy Atterberry v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2177
*Ethel Stevens v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2178

<u>Western District of Missouri</u>

*Michael Skinner v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4411
*Larry Wright v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4413
*Tina Carrero v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1083
*Mary Ella Weese v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1114
*Susan M. Riley v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1118
*Pamela Hedrix v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1151
*Brenda Gleese v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1244
*Lamont Jay Hemphill v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1245
*Linda Ward Tindall v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1246
*Rosetta Marie Williams v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1247