IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY MALLARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO.: 2:06-cv-481-WHA |
| ELI LILLY AND COMPANY, YOLANDA MCCAIN, et al., | ) ) ) ) |
| Defendants. | ) ) |

## SUPPLEMENTAL DECLARATION OF YOLANDA MCCAIN

Yolanda McCain, under penalty of perjury, states as follows:

1. I have never represented that Zyprexa® had efficacy for any uses other than those approved by the FDA. Any allegations to the contrary are false.

2. I have never misrepresented, concealed, and/or withheld information in my possession concerning the risks of Zyprexa. Any allegations to the contrary are false.

3. I was not aware of any risks associated with Zyprexa, other than those provided in the FDA-approved Package Insert for Zyprexa.

4. As set forth in my Answer, in my prior declaration, and this declaration, I have never misrepresented, concealed, or withheld information in my possession regarding the safety characteristics of Zyprexa, or promoted Zyprexa for indications not approved by the FDA.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Date: June 22, 2006.

_____
Yolanda McCain