**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

January 9, 2007

# NOTICE OF MDL TRANSFER

```
Robert C. Heinemann
Clerk of Court
United States District Court
Eastern District of New York
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:  MDL-1596 In re Zyprexa Products Liability Litigation
     USDC/MDAL Civil Action No. #2:06-cv-00481-WHA
     Mary Mallard v. Eli Lilly and Company, et al.

Dear Clerk:

The referenced case is being transferred to your court pursuant
to the MDL-1596 Conditional Transfer Order entered by the
Judicial Panel on Multi-District Litigation on 12/19/06.

As requested in your e-mail, the case is being transferred to
your court electronically. You stated in your e-mail that we do
not need to send you any documentation, that you will capture a
copy of the docket sheet and any necessary documents from our ECF
system.

If you need anything further from our court, please advise.
```